No. 116. LANE-WELLS COMPANY ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Raphael Dechter* for petitioners. *Assistant Solicitor General Cox, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *F. E. Youngman,* and *Miss Helen R. Carloss* for respondent.

No. 118. KIKER *v.* PHILADELPHIA ET AL. October 11, 1943. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Messrs. Ralph W. Wescott, Louis B. LeDuc,* and *George P. Williams, Jr.* for petitioner. *Mr. Abraham Wernick* for respondents.

No. 120. OSWALD *v.* UNITED STATES. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John K. Hagopian* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Littell,* and *Messrs. Vernon L. Wilkinson* and *Roger P. Marquis* for the United States.

No. 121. BARNES *v.* PENNSYLVANIA EX REL. BARNES. October 11, 1943. Petition for writ of certiorari to the Superior Court of Pennsylvania denied. *Messrs. Charles S. Thompson* and *George W. Cupps, Jr.* for petitioner. *Mr. Samuel Kagle* for respondent.

No. 122. MUSKEGON MOTOR SPECIALTIES Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 11, 1943.

Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Hal H. Smith* and *Archibald Broomfield* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, Samuel H. Levy,* and *Joseph M. Jones* for respondent.

No. 124. ROYER, ADMINISTRATRIX, *v.* GREINER. October 11, 1943. Petition for writ of certiorari to the Superior Court of Pennsylvania denied. *Anna Royer, pro se.*

No. 126. THOMAS P. NICHOLS & SON CO. *v.* NATIONAL CITY BANK OF LYNN ET AL. October 11, 1943. Petition for writ of certiorari to the Superior Court, Essex County, Massachusetts, denied. *Mr. Arthur V. Getchell* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Paul A. Sweeney* and *Francis C. Brown* for the Federal Deposit Insurance Corporation, respondent.

No. 127. CREEKMORE, GENERAL CHAIRMAN OF THE BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES, *v.* PUBLIC BELT RAILROAD COMMISSION ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. James J. Farnan* and *Martin F. O'Donoghue* for petitioner. *Mr. Alfred C. Kammer* for respondents.

No. 128. SKINNER *v.* DINGWELL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Elmer McClain*